| Case No. | CV 20-9012-CBM-(MAAx) | Date | June 3, 2021 |
|---|---|---|---|

| Title | *A.B. v. Facebook, Inc. et al.* |
|---|---|

Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**　　**IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS 247FOREXTRADE AND ROSE LUND WITHOUT LEAVE TO AMEND**

On June 1, 2021, the Court issued an order granting Defendants' Facebook, Inc. and WhatsApp, Inc.'s motion to dismiss and dismissed Plaintiff's claims against them without leave to amend based on the doctrine of *in pari delicto*. (Dkt. No. 49.)

Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than June 11, 2021**, why Plaintiff's remaining claims against Defendants 247forextrade (also known as 4rextrade) and Rose Lund should not be dismissed without leave to amend based on the doctrine of *in pari delicto*. *See In re Crown Vantage, Inc.,* 2003 WL 25257821, at *7 (N.D. Cal. Sept. 25, 2003), *aff'd sub nom. Crown Paper Liquidating Tr. v. Pricewaterhousecoopers LLP*, 198 F. App'x 597 (9th Cir. 2006); *see also Casey v. U.S. Bank Nat. Assn.*, 127 Cal. App. 4th 1138, 1143 n.1 (2005).

A failure to response to this Order to Show Cause by June 11, 2021 shall result in dismissal of Plaintiff's claims against Defendants 247forextrade and Rose Lund without leave to amend.

**IT IS SO ORDERED.**