# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RANDY CERVANTES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC., WHATSAPP, INC., 247FOREXTRADE Also Known As 4REXTRADE, ROSE LUND, JANE DOE, AND DOES 1 Through 100, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:20-CV-09012-CBM-MAAx<br><br>**FINAL JUDGMENT [JS-6]**<br><br>Before: Hon. Consuelo B. Marshall |

Consistent with the Court's June 1, 2021 order granting Defendants Facebook and WhatsApp's motion to dismiss with prejudice (Dkt. No. 49), the Court's June 16, 2021 order dismissing Plaintiff's claims against the remaining Defendants with prejudice (Dkt. No. 54), and the Court's minute order granting Defendants' Motion for Entry of Final Judgment and to Compel Disclosure of Plaintiff's True Name, pursuant to Federal Rule of Civil Procedure 58 final judgment is entered on all claims in favor of Defendants and against Plaintiff Randy Cervantes. Plaintiff shall take nothing on his action against Defendants.

DATED: November 15, 2021

　　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE